# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TWYNETTE DAVENPORT,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No. 1:15-cv-00675-SAB<br><br>ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall serve her Confidential Letter Brief on or before **December 7, 2015**, and all other dates are extended accordingly.

IT IS SO ORDERED.

Dated:   **November 6, 2015**

_____
UNITED STATES MAGISTRATE JUDGE