UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TWYNETTE DAVENPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No.  1:15-cv-00675 (SAB)<br><br>**ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including February 26, 2016, to serve her confidential letter brief.  All other deadlines set forth in the Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 18, 2016**

_____
UNITED STATES MAGISTRATE JUDGE