# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TWYNETTE DAVENPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-00675-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING MAY 25, 2016 HEARING<br><br>(ECF Nos. 17, 19) |

      Plaintiff Tina Twynette Davenport filed this action seeking review of the Commissioner's denial of Social Security benefits on May 1, 2015. On May 13, 2016, this Court issued an order requiring counsel for Plaintiff to show cause why sanctions should not issue for her failure to comply with court orders. Plaintiff filed a response on May 20, 2016. Based on the response, the Court shall discharge the order to show cause and vacate the May 25, 2016 order to show cause hearing. If counsel wishes to practice before this Court that deadlines must be met. If counsel is unable to comply then

      Counsel is advised that while the Court is sympathetic to her situation, her situation is, nevertheless not one which would foreclose her from complying with deadlines of this court. Any further such failures to comply with orders of this Court will result in the issuance of monetary sanctions. This Court does not issue suggestions but orders with which the parties are

expected to comply.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed on May 13, 2016 is DISCHARGED; and
2. The show cause hearing set for May 25, 2016, at 10:30 a.m. in Courtroom 9 is VACATED.

IT IS SO ORDERED.

Dated: **May 23, 2016**

UNITED STATES MAGISTRATE JUDGE